IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,

    Plaintiff,

  vs.         **Case No. 99-40044-01-RDR**

CECIL W. CHANDLER III,

    Defendant.

_____

**O R D E R**

On December 20, 2011, defendant filed a motion for reduction
of sentence pursuant to Title 18 U.S.C. § 3582(c)(2). Doc. No.
133. The government filed a response to the motion on December 21,
2011. Doc. No. 135. The court denied defendant's motion with an
order filed January 10, 2012. Doc. No. 136.

On January 19, 2012, the court received a "response to the
government's response to movant's pro se motion for reduction of
sentence." Doc. No. 137. The court shall treat this response as
a motion for reconsideration of the court's January 10, 2012 order.

Defendant's reply or "response" to the government's response
argues that he is entitled to a reduction in his sentence under the
Apprendi line of cases. This argument is not relevant to the
grounds for reducing a sentence under § 3582(c)(2). Furthermore,
the argument has already been rejected as grounds for habeas relief
in this case by the Tenth Circuit. Doc. No. 115 at p. 9 (denying
defendant's request for a certificate of appealability regarding

this court's denial of defendant's motion to vacate sentence pursuant to 28 U.S.C. § 2255).

Finally, defendant makes reference to <u>DePierre v. United States</u>, 131 S.Ct. 2225 (2011). In <u>DePierre</u>, the Court concluded that "cocaine base" as used in 21 U.S.C. § 841(b)(a)(A)(iii) means cocaine in its chemically basic form, not exclusively "crack cocaine." This holding has nothing to do with the grounds for reducing a sentence under § 3582(c)(2) and provides no cause for the court to reconsider our ruling to deny defendant's motion for reduction of sentence under that statute.

In conclusion, the court has considered the arguments in defendant's response to the government's response to his motion for reduction of sentence. Treating the response as a motion for reconsideration, the motion shall be denied.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2012 at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge